SHARP v. GAW

No. 464P98

Case below: 130 N.C.App. 759

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 3 December 1998.

SHAW v. SMITH & JENNINGS, INC.

No. 398P98

Case below: 130 N.C.App. 442

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 November 1998.